# EXHIBIT D REMAINS SEALED