IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **Metacluster LT, UAB,**<br><br>　　　　**Plaintiff,**<br><br>　　　　v.<br><br>**Bright Data Ltd.,**<br><br>　　　　**Defendant.** | **Civil Action No.**<br>**2:22-cv-00011-JRG-RSP**<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION TO ENTER**
**AGREED PROTECTIVE ORDER**

　　The parties respectfully request that the Court enter the proposed Protective Order attached as Exhibit A.

1

Dated: October 17, 2022

Respectfully submitted,

s/Steven Callahan
MICHAEL C. SMITH
  Texas State Bar No. 18650410
  michael.smith@solidcounsel.com
**SCHEEF & STONE, LLP**
113 East Austin Street
Marshall, Texas 75670
Telephone: (903) 938-8900
Telecopier: (972) 767-4620

BRETT C. GOVETT
  Texas State Bar No. 08235900
  brett.govett@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: (214) 855-8000
Telecopier: (214) 855-8200

STEVEN CALLAHAN
  Texas State Bar No. 24053122
  scallahan@ccrglaw.com
CHRISTOPHER BOVENKAMP
  Texas State Bar No. 24006877
  cbovenkamp@ccrglaw.com
CRAIG TOLLIVER
  Texas State Bar No. 24028049
  ctolliver@ccrglaw.com
GEORGE T. "JORDE" SCOTT
  Texas State Bar No. 24061276
  jscott@ccrglaw.com
MITCHELL SIBLEY
  Texas State Bar No. 24073097
  msibley@ccrglaw.com
JOHN HEUTON
  *Pro Hac Vice*
  jheuton@ccrglaw.com
**CHARHON CALLAHAN ROBSON & GARZA, PLLC**
3333 Lee Parkway, Suite 460
Dallas, Texas 75219
Telephone: (214) 521-6400
Telecopier: (214) 764-8392

DANIEL S. LEVENTHAL
  Texas State Bar No. 24050923
  daniel.leventhal@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651-5151
Telecopier: (713) 651-5246

*Counsel for Plaintiff Metacluster LT, UAB*

| | |
|---|---|
| Dated: October 17, 2022 | Respectfully submitted, |
| | |
| | s/Robert Harkins |
| RONALD WIELKOPOLSKI | ELIZABETH L. DERIEUX |
|   ronw@cherianllp.com |   Texas State Bar No. 05770585 |
| THOMAS M. DUNHAM |   ederieux@capshawlaw.com |
|   tomd@cherianllp.com | **CAPSHAW DERIEUX, LLP** |
| **CHERIAN LLP** | 114 E. Commerce Avenue |
| 1901 L St. NW, Suite 700 | Gladewater, Texas 75647 |
| Washington, D.C. 20036 | Telephone: (903) 845-5770 |
| Telephone: (202) 838-1560 | |
| | MARK MANN |
| STEPHANIE R. WOOD |   Texas State Bar No. 12926150 |
|   Texas State Bar No. 24057928 |   mark@themannfirm.com |
|   stephaniew@cherianllp.com | GREGORY BLAKE THOMPSON |
| **CHERIAN LLP** |   Texas State Bar No. 24042033 |
| 8350 N. Central Expressway, Suite 1900 |   blake@themannfirm.com |
| Dallas, Texas 75206 | **MANN \| TINDEL \| THOMPSON** |
| Telephone: (945) 205-0301 | 300 West Main |
| | Henderson, Texas 75652 |
| | Telephone: (903) 657-8540 |
| | |
| | KORULA T. CHERIAN |
| |   sunnyc@cherianllp.com |
| | ROBERT HARKINS |
| |   bobh@cherianllp.com |
| | **CHERIAN LLP** |
| | 1936 University Avenue, Suite 350 |
| | Berkeley, California 94704 |
| | Telephone: (510) 944-0190 |
| | |
| | *Counsel for Defendant Bright Data Ltd.* |

## CERTIFICATE OF CONFERENCE

The undersigned certifies that, on October 17, 2022, he met and conferred with counsel for Defendant and Defendant agrees to the relief requested herein.

s/Steven Callahan
STEVEN CALLAHAN

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on October 17, 2022. As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

s/Steven Callahan
STEVEN CALLAHAN
