IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| METACLUSTER LT, UAB § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | Case No. 2:22-cv-0011-JRG-RSP |
| § | |
| BRIGHT DATA LTD., § | |
| § | |
| *Defendant.* § | |
| § | |

## ORDER

Defendant Bright Data Ltd. previously moved to dismiss or in the alternative for a more definite statement (Dkt. No. 32) and moved for sanctions pursuant to Federal Rule of Civil Procedure 11 (Dkt. No. 47). Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 81), recommending that both motions be denied. Bright Data Ltd. has now filed objections (Dkt. No. 89), with Metacluster LT, UAB filing a response (Dkt. No. 94).

After conducting a *de novo* review of the briefing on the motions, the Report and Recommendation, and the briefing on Bright Data Ltd.'s objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the objections fail to show that it was erroneous. Consequently, the Court **OVERRULES** Bright Data Ltd.'s objections, **ADOPTS** the Report and Recommendation, and **ORDERS** that the Motion to Dismiss or in the Alternative for a More Definite Statement (Dkt. No. 32) and the Motion for Sanctions Pursuant to Federal Rule of Civil Procedure 11 (Dkt. No. 47) are **DENIED**.

So ORDERED and SIGNED this 25th day of January, 2023.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE