IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| METACLUSTER LT, UAB | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:22-cv-0011-JRG-RSP |
| | § | |
| BRIGHT DATA LTD., | § | |
| | § | |
| *Defendant*. | § | |

## ORDER

Metacluster LT, UAB ("Metacluster") previously filed a Motion to Dismiss (the "Motion"). (Dkt. No. 114.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 156), recommending denial of Metacluster's Motion to Dismiss. Metacluster has now filed Objections (Dkt. No. 162).

After conducting a *de novo* review of the briefing on the Motion, the Report and Recommendation, and the briefing on Metacluster's Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Metacluster's Objections and **ADOPTS** the Report and Recommendation and orders that the Motion to Dismiss (Dkt. No. 114) is **DENIED**.

**So ORDERED and SIGNED this 7th day of March, 2024.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE