**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **Metacluster LT, UAB,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**Bright Data Ltd.,**<br><br>**Defendant.** | **Civil Action No. 2:22-cv-00011-JRG-RSP** |

**JOINT NOTICE IN FURTHERANCE OF THE COURT'S MARCH 6, 2026 ORDER**

Plaintiff Oxylabs, UAB (f/k/a Metacluster LT, UAB) ("Oxylabs") and Defendant Bright Data Ltd. ("Bright Data") (collectively, the "Parties"), met and conferred in furtherance of the Court's Order dated March 6, 2026 (ECF No. 371, "Order"), and respectfully respond as follows:

Because of the present hostilities in the Middle East and Israel, the Parties respectfully request that the Court continue the stay of this case and allow the Parties to file a new joint notice regarding the situation in Israel in sixty (60) days. The Parties further agree to work with the Court appointed Mediator to conduct mediation during the stay if the situation allows for mediation.

Bright Data further states as follows:

Bright Data states that the situation in Israel is not materially different than previously described in the Parties' March 23, 2026, June 22, 2026 and July 21, 2026 Joint Notices, incorporated by reference herein. *See* ECF Nos. 372, 373 and 374. As noted in the Order and the March 23, June 22 and July 21, 2026 Joint Notices, and as widely reported in the news, the pre-existing

conflicts in the Middle East[1] have expanded since February 28, 2026 with hostilities involving the United States, Iran, Israel, Lebanon and other countries in the region.

As referenced in the June 22, 2026 Joint Notice, the United States and Iran had entered a June 17, 2026 memorandum of understanding (MOU), which called for a cease-fire between the United States and Iran and their allies including "the immediate and permanent termination of military operations on all fronts."[2] However, starting a little more than a week after the signing of the MOU, numerous continuing violations of the cease-fire have been reported making it unclear which, if any, provisions of the MOU remain recognized by the United States or Iran.[3] On July 8, 2026, President Trump was reported as declaring the cease-fire over.[4] On July 20, 2026, Iran's president declared that Iran was in a "full-scale war."[5] Israel did not participate in the MOU negotiations and has not agreed to be bound by the MOU. Israel's national security minister, Itamar Ben Gvir, reportedly stated that "Trump's agreement does not bind us."[6] In addition, since the July

[1] Please see the previous motion for continuance and subsequent joint notices incorporated herein by reference regarding the situation in Israel and with regard to Bright Data Ltd. in particular, since the October 7, 2023 attack on Israel. *See* ECF Nos. 311, 347, 348, 352, 354, 372, 373 and 374.

[2] June 17, 2026 Washington Post article titled "Read the terms of Trump's deal with Iran," https://www.washingtonpost.com/politics/2026/06/17/read-terms-trumps-deal-with-iran/ at ¶1 (emphasis added).

[3] *See e.g.* July 25, 2026 New York Times article titled "What's Left of the Cease-Fire Agreement Between the U.S. and Iran?," https://www.nytimes.com/2026/07/25/world/middleeast/us-iran-cease-fire-deal-violations.html; *see also* August 17, 2026 New York Times article titled "U.S. and Iran Blow Through Deadline to Agree to a Broad Deal to End War," https://www.nytimes.com/2026/08/17/world/middleeast/iran-mou-deadline.html.

[4] July 8, 2026 Guardian article titled "Trump declares ceasefire with Iran over during angry broadside at Nato summit," https://www.theguardian.com/world/2026/jul/08/trump-declares-ceasefire-iran-over-broadside-nato-summit.

[5] July 20, 2026 Guardian article titled "US launches 10th round of strikes as Iran says it is in 'full-scale war,'" https://www.theguardian.com/world/2026/jul/20/us-strikes-iran-strait-of-hormuz-oil-prices.

[6] June 15, 2026 Washington Post article titled "Israelis denounce Trump's deal with Iran," https://www.washingtonpost.com/world/2026/06/15/israelis-denounce-trumps-deal-with-iran/ at

21, 2026 update, Israel reportedly rejected a 15-point plan to disarm Hamas in Gaza after the Parties filed their July 21, 2026 Joint Notice. Prime Minister Netanyahu was reported as saying that Israeli forces "would not carry out any withdrawal until Hamas is disarmed."[7] Attacks and continuing violations of the purported cease-fires have been widely reported since the last July 21, 2026 Joint Notice.[8]

---

3; *see also* June 20, 2026 Guardian article title "'It's a big mistake': Israelis feel betrayed and angry after Iran peace deal," https://www.theguardian.com/world/2026/jun/20/israelis-betrayed-angry-after-iran-peace-deal-donald-trump.

[7] August 9, 2026 New York Times article titled "Israel Rejects Trump's 15-Point Plan to Disarm Hamas," https://www.nytimes.com/2026/08/09/world/middleeast/israel-netanyahu-trump-15-point-plan-hamas-peace-gaza.html.

[8] In addition to the news articles previously referenced in the July 21, 2026 Joint Notice and incorporated by reference herein, the following is an exemplary selection of reporting since the last joint notice: *See e.g.* August 1, 2026 New York Times article titled "Israel Says It Killed Several Hezbollah Members on Key Lebanon Hilltop," https://www.nytimes.com/2026/08/01/world/middleeast/israel-hezbollah-lebanon-killing.html; August 1, 2026 New York Times article titled "Israel Bombards Gaza, Days After Trump Announced Deal to Advance Cease-Fire," https://www.nytimes.com/2026/08/01/world/middleeast/israel-gaza-strikes-trump-hamas.html; August 5, 2026 New York Times article titled "Israel Strikes Lebanon After Accusing Hezbollah of Cease-Fire Violation," https://www.nytimes.com/2026/08/05/world/middleeast/israel-lebanon-hezbollah-cease-fire.html; August 10, 2026 New York Times article titled "Iran Insists Strait Will Stay Closed Until U.S. Agrees to Demands," https://www.nytimes.com/2026/08/10/world/middleeast/iran-strait-of-hormuz-us-oman-talks.html; August 15, 2026 New York Times article titled "Israeli Strikes in Lebanon Kill 11, Health Officials Say," https://www.nytimes.com/2026/08/15/world/middleeast/israel-strikes-lebanon-ansar.html; August 18, 2026 New York Times article titled "Deadly Israeli Strike on Gaza Cafe Raises Doubts About Progress on Peace Plan," https://www.nytimes.com/2026/08/18/world/middleeast/israeli-strike-gaza-cafe-peace-plan.html; August 26, 2026 New York Times article titled "Trump's Top Gaza Official Says Israel Is Jeopardizing the Cease-Fire," https://www.nytimes.com/2026/08/26/world/middleeast/trump-official-israel-jeopardizing-gaza-cease-fire.html; September 3, 2026 Guardian article titled "Iran targets US bases as Israel warns sanctions could drive Tehran to 'desperate steps'," https://www.theguardian.com/world/2026/sep/03/iran-targets-us-bases-as-israel-warns-sanctions-could-drive-tehran-to-desperate-steps; September 4, 2026 New York Times article titled "Israel Says It Is Cementing Its Foothold in Southern Lebanon," https://www.nytimes.com/2026/09/04/world/middleeast/israel-captures-ridge-occupation-katz.html; September 7, 2026 New York Times article titled "Israel Launches Deadly Strikes in Lebanon as Military Campaign Intensifies," https://www.nytimes.com/2026/09/07/world/middleeast/israel-lebanon-strikes-hezbollah.html; September 9, 2026 New York Times article titled "Iran Signals Readiness to Escalate Fight in Face of Rising U.S. Pressure," https://www.nytimes.com/2026/09/09/world/middleeast/iran-war-us-aggression-hormuz.html; and September 20,

On July 22, 2026, the United States Department of State issued a worldwide alert stating:

> Due to heightened tensions in the Middle East, the security environment remains complex with the potential for unforeseen escalation.
>
> Americans currently in the Middle East should exercise caution and heightened vigilance and should be prepared for possible flight cancellations, periodic airspace closures, and potential travel disruptions.
>
> Some airlines in the region have postponed resumption of earlier flight schedules; others have cancelled some routes.
>
> Americans outside the Middle East should reconsider travel to and through the region. Those who do travel to or from the region should monitor information about airport and airline operations.
>
> U.S. diplomatic facilities, including outside the Middle East, have been targeted. Iran and groups supportive of Iran may target other U.S. interests overseas or at locations associated with the United States and Americans throughout the world, including U.S. businesses and other institutions.[9]

On August 26, 2026, the United States Department of State issued its current travel advisory for Israel, advising travelers to "Reconsider Travel to Israel due to terrorism and unrest." The travel advisory further states that some areas have increased risk and specifically advises "Do Not Travel" to certain areas of Israel "due to armed conflict."[10] The U.S. Embassy in Jerusalem issued a security alert on September 19, 2026 stating: "Due to tensions in the Middle East, the security environment remains complex with the potential for unforeseen escalation. Americans currently in the Middle East should exercise heightened vigilance and be aware of potential flight

---

2026 Guardian article titled "Middle East braces for more violence as Iran claims US is planning to renew bombing campaign," https://www.theguardian.com/world/2026/sep/20/middle-east-braces-for-more-violence-as-iran-claims-us-is-planning-to-renew-bombing-campaign.

9 https://travel.state.gov/en/international-travel/travel-advisories/global-events/worldwide-caution.html.

10 https://travel.state.gov/content/travel/en/traveladvisories/traveladvisories/israel-west-bank-and-gaza-travel-advisory.html.

cancellations, airspace closures, and travel disruptions…."[11] The security alert further advises individuals to download the Israel Defense Forces Home Front Command application "to receive real-time alerts for rockets, missile attacks, and armed UAV intrusions." *Id*.

Substantial uncertainty therefore remains regarding whether and when the continuing hostilities will be resolved.

* * * * *

Accordingly, the Parties respectfully request that the Court continue the stay of this case and allow the Parties to file a new joint notice regarding the situation in Israel in sixty (60) days.

[11] https://il.usembassy.gov/security-alert-u-s-embassy-jerusalem-september-19-2026/.

Dated: September 21, 2026

Respectfully submitted,

s/Steven Callahan
MICHAEL C. SMITH
Texas State Bar No. 18650410
michael.smith@solidcounsel.com
**SCHEEF & STONE, LLP**
113 East Austin Street
Marshall, Texas 75670
Telephone: (903) 938-8900
Telecopier: (972) 767-4620

STEVEN CALLAHAN
Texas State Bar No. 24053122
scallahan@ccrglaw.com
CHRISTOPHER BOVENKAMP
Texas State Bar No. 24006877
cbovenkamp@ccrglaw.com
CRAIG TOLLIVER
Texas State Bar No. 24028049
ctolliver@ccrglaw.com
MITCHELL SIBLEY
Texas State Bar No. 24073097
msibley@ccrglaw.com
**CHARHON CALLAHAN ROBSON & GARZA, PLLC**
3333 Lee Parkway, Suite 460
Dallas, Texas 75219
Telephone: (214) 521-6400
Telecopier: (214) 764-8392

BRETT C. GOVETT
Texas State Bar No. 08235900
brett.govett@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: (214) 855-8000
Telecopier: (214) 855-8200

DANIEL S. LEVENTHAL
Texas State Bar No. 24050923
daniel.leventhal@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
1550 Lamar Street, Suite 2000
Houston, Texas 77010-3095
Telephone: (713) 651-5151
Telecopier: (713) 651-5246

*Counsel for Plaintiff Oxylabs, UAB*

Dated: September 21, 2026

Respectfully submitted,

s/Ronald Wielkopolski (w/p SCC)
ELIZABETH L. DERIEUX
Texas State Bar No. 05770585
ederieux@capshawlaw.com
**CAPSHAW DERIEUX, LLP**
114 E. Commerce Avenue
Gladewater, Texas 75647
Telephone: (903) 845-5770

MARK MANN
Texas State Bar No. 12926150
mark@themannfirm.com
GREGORY BLAKE THOMPSON
Texas State Bar No. 24042033
blake@themannfirm.com
**MANN | TINDEL | THOMPSON**
112 E. Line Street, Suite 304
Tyler, Texas 75702
Telephone: (903) 657-8540

RONALD WIELKOPOLSKI
ronw@chdlaw.com
THOMAS M. DUNHAM
tomd@chdlaw.com
**CHERIAN HARKINS DUNHAM LLP**
2001 L St. NW, Suite 650
Washington, D.C. 20036
Telephone: (202) 838-1560

ROBERT HARKINS
bobh@chdlaw.com
**CHERIAN HARKINS DUNHAM LLP**
555 12th Street, Suite 2140
Oakland, California 94607
Telephone: (510) 944-0190

*Counsel for Defendant Bright Data Ltd.*

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that the parties met and conferred regarding this filing and the filing is a joint filing.

s/Steven Callahan
STEVEN CALLAHAN

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on September 21, 2026. As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

s/Steven Callahan
STEVEN CALLAHAN