**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **Metacluster LT, UAB,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**Bright Data Ltd.,**<br><br>**Defendant.** | **Civil Action No. 2:22-cv-00011-JRG-RSP** |

# JOINT NOTICE REGARDING CASE SCHEDULE

Plaintiff Oxylabs, UAB (f/k/a Metacluster LT, UAB) ("Oxylabs") and Defendant Bright Data Ltd. ("Bright Data") (Oxylabs and Bright Data, each a "Party" and collectively the "Parties"), pursuant to the Court's Stay Order dated March 6, 2026 (ECF No. 371) and subsequent joint notices filed in furtherance of that order dated June 22, 2026 (ECF No. 373), July 21, 2026 (ECF No. 374), and September 21, 2026 (ECF No. 375), submit this Joint Notice Regarding Case Schedule, and respectfully show as follows:

## I. TRIAL DATE

The Parties have met and conferred on a date range for trial, taking into account the availability of experts and other essential witnesses, and have agreed to propose a trial date of June 1, 2027, or thereafter at the Court's convenience.

## II. STEPS NECESSARY FOR TRIAL

The Parties agree that the following steps are necessary[1] for trial:

[1] The Parties agree that the deposition of Ofer Vilenski is no longer necessary, given that Bright Data has represented that Mr. Vilenski will not be called as a witness at trial.

**Mediation:** the Parties have not mediated this case on account of the War in Israel. The Parties have been in contact with William Cornelius regarding mediation, and will endeavor to conduct a mediation session by the end of January 2027.

**Damages Related Document Production / Interrogatory Responses And Supplemental Damages Calculations:** the Parties agree that the Parties are entitled to supplement their damages calculations (but not their methodology) with supplemental damages information that each Party will produce.

**Rulings on Pending Motions**: the Parties agree that there are a number of pre-trial motions that the Parties respectfully request rulings on prior to trial.

The Parties anticipate that the resolution of one or more of these motions may result in supplementation of one or more expert reports and/or additional expert depositions (*see, e.g.*, ECF Nos. 175, 248, 318; Sept. 12, 2023 Hr'g Tr. at 74:25-77:4) and/or determine what exhibits and other evidence may be presented to the jury (*see, e.g.*, ECF Nos. 175, 176, 180, 181, 186). Additionally, the Court has indicated that certain arguments raised in some of the motions are for the Court (as opposed to the jury) to resolve. *See, e.g.*, ECF No. 180; Sept. 12, 2023 Hr'g Tr. at 138:25-140:10.

The list of pending motions is set forth in Section III, below.

**Pretrial Conference:** the Parties agree that a pretrial conference is necessary prior to trial, including for the Court to rule on exhibit and deposition designation objections.

**Amended Pretrial Disclosures / Amended Joint Pretrial Order:** the Parties agree that, in view of the time that has passed and Oxylabs' narrowing of its asserted patents, amended pretrial disclosures must be served, as well as an amended Joint Pretrial Order.

**Implementation of Case Schedule:** the Parties agree that the implementation of a case

schedule is necessary prior to trial. The Parties have set forth their proposed case schedule in Section IV, below.

## III. LIST OF PENDING (LIVE) MOTIONS

Below are the pending (live) motions:

| Docket Number | Motion |
|---|---|
| 162 | Oxylabs' Partial Objection to Magistrate Judge Payne's July 7, 2023 Report and Recommendation |
| 174 | Oxylabs' Partial Motion for Summary Judgment on Inequitable Conduct, Patent Misuse, Unenforceability and Certain Validity Issues |
| 175 | Oxylabs' Motion to Strike Expert Opinions of Nisha M. Mody, Ph.D |
| 176 | Oxylabs' Motion to Strike Expert Opinions of Dr. Tim A. Williams |
| 179 | Bright Data's Motion for Summary Judgment of Non-Infringement |
| 180 | Bright Data's Motion to Strike Certain Opinions of Expert Dr. Kevin Almeroth |
| 181 | Bright Data's Motion to Resolve *O2 Micro* Issues |
| 185 | Bright Data's Corrected Motion for Summary Judgment of No Lost Profits, No Damages for the Web Page Interceptor Patents and Limited Damages |
| 186 | Defendant's Corrected Motion to Exclude Portions of the Expert Report of David Kennedy |
| 248 | Bright Data's Opposed Motion for Leave to Supplement the Expert Report of Dr. Tim A. Williams |
| 318 | Defendant's Opposed Motion to Strike Supplemental Report of David Kennedy |

## IV. PROPOSED CASE SCHEDULE

The Parties respectfully propose the following case schedule for the Court's consideration:

| Date | Event |
|---|---|
| Date Provided by the Court [*parties request a date of June 1, 2027, or thereafter at the Court's convenience] | *Jury Selection – 9:00 a.m. in **Marshall, Texas** |
| 14 days before Jury Selection | *Defendant to disclose final invalidity theories, final prior art references/combinations, and final equitable defenses with notice of the same filed with the Court. |

| | |
|---|---|
| 21 days before Jury Selection | *Plaintiff to disclose final election of Asserted Claims with notice of the same filed with the Court. |
| 28 days before Jury Selection | *If a juror questionnaire is to be used, an editable (in Microsoft Word format) questionnaire shall be jointly submitted to the Deputy Clerk in Charge by this date. |
| 5 Weeks Before Jury Selection | *Pretrial Conference – _______ [a.m. / p.m.] in **Marshall, Texas** before Judge Roy Payne |
| 6 Weeks Before Jury Selection | *Notify Court of Agreements Reached During Meet and Confer<br><br>The parties are ordered to meet and confer on any outstanding objections or motions *in limine*. The parties shall advise the Court of any agreements reached no later than 1:00 p.m. three (3) business days before the pretrial conference. |
| 6 Weeks Before Jury Selection | *File Joint Pretrial Order, Joint Proposed Jury Instructions, Joint Proposed Verdict Form, Responses to Motions *in Limine*, Updated Exhibit Lists, Updated Witness Lists, and Updated Deposition Designations |
| 7 Weeks Before Jury Selection | *File Notice of Request for Daily Transcript or Real Time Reporting.<br><br>If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Shawn McRoberts, at shawn_mcroberts@txed.uscourts.gov. |
| 8 Weeks Before Jury Selection | File Motions *in Limine*<br><br>The parties shall limit their motions *in limine* to issues that if improperly introduced at trial would be so prejudicial that the Court could not alleviate the prejudice by giving appropriate instructions to the jury. |
| 8 Weeks Before Jury Selection | Serve Objections to Rebuttal Pretrial Disclosures |
| 9 Weeks Before Jury Selection | Serve Objections to Pretrial Disclosures; and Serve Rebuttal Pretrial Disclosures |
| 11 Weeks Before Jury Selection | Serve Pretrial Disclosures (Witness List, Deposition Designations, and Exhibit List) by the Party with the Burden of Proof |

| | |
|---|---|
| February 19, 2027 | Bright Data to serve supplemental damages calculation |
| February 5, 2027 | Oxylabs to serve supplemental damages calculation |
| January 15, 2027 | Oxylabs and Bright Data to supplement their respective damages-related document production and interrogatory responses |

Dated: November 20, 2026

Respectfully submitted,

s/Steven Callahan

BRETT C. GOVETT
Texas State Bar No. 08235900
brett.govett@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: (214) 855-8000
Telecopier: (214) 855-8200

DANIEL S. LEVENTHAL
Texas State Bar No. 24050923
daniel.leventhal@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
1550 Lamar Street, Suite 2000
Houston, Texas 77010-3095
Telephone: (713) 651-5151
Telecopier: (713) 651-5246

MICHAEL C. SMITH
Texas State Bar No. 18650410
michael.smith@solidcounsel.com
**SCHEEF & STONE, LLP**
113 East Austin Street
Marshall, Texas 75670
Telephone: (903) 938-8900
Telecopier: (972) 767-4620

STEVEN CALLAHAN
Texas State Bar No. 24053122
scallahan@ccrglaw.com
CHRISTOPHER BOVENKAMP
Texas State Bar No. 24006877
cbovenkamp@ccrglaw.com
CRAIG TOLLIVER
Texas State Bar No. 24028049
ctolliver@ccrglaw.com
MITCHELL SIBLEY
Texas State Bar No. 24073097
msibley@ccrglaw.com
**CHARHON CALLAHAN**
**ROBSON & GARZA, PLLC**
3333 Lee Parkway, Suite 460
Dallas, Texas 75219
Telephone: (214) 521-6400
Telecopier: (214) 764-8392

*Counsel for Plaintiff Oxylabs, UAB*

Dated: November 20, 2026

Respectfully submitted,

s/Ronald Wielkopolski (w/p SCC)

RONALD WIELKOPOLSKI
ronw@chdlaw.com
THOMAS M. DUNHAM
tomd@chdlaw.com
**CHERIAN HARKINS DUNHAM LLP**
2001 L St. NW, Suite 650
Washington, D.C. 20036
Telephone: (202) 838-1560

ROBERT HARKINS
bobh@chdlaw.com
**CHERIAN HARKINS DUNHAM LLP**
555 12th Street, Suite 2140
Oakland, California 94607
Telephone: (510) 944-0190

ELIZABETH L. DERIEUX
Texas State Bar No. 05770585
ederieux@capshawlaw.com
**CAPSHAW DERIEUX, LLP**
114 E. Commerce Avenue
Gladewater, Texas 75647
Telephone: (903) 845-5770

MARK MANN
Texas State Bar No. 12926150
mark@themannfirm.com
GREGORY BLAKE THOMPSON
Texas State Bar No. 24042033
blake@themannfirm.com
**MANN | TINDEL | THOMPSON**
112 E. Line Street, Suite 304
Tyler, Texas 75702
Telephone: (903) 657-8540

*Counsel for Defendant Bright Data Ltd.*

**CERTIFICATE OF JOINT/AGREED FILING**

The undersigned certifies that the foregoing document is a joint/agreed filing of all parties.

s/Steven Callahan
STEVEN CALLAHAN

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on November 20, 2026. As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

s/Steven Callahan
STEVEN CALLAHAN